| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Panos, Christopher J. | 2. Court or Organization United States Bankruptcy Court (D. Mass.) | 3. Date of Report 06/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Donohue Federal Building and Courthouse
595 Main Street
Worcester, MA 01608-2025

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Spindle Rock Club, Inc. |
| 2. | Trustee | LMM Westport Legacy Trust (personal/family investment accts) |
| 3. | Trustee | Knubble Realty Trust (personal/family real estate) |
| 4. | Trustee | BeeHive Realty Trust (personal/family real estate) |
| 5. | Trustee | C&M Trust |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/12/14 | Agt. Re. Plan of Liquidation and Winddown Craig and Macauley PC (ceased practicing law 4/30/14, but still could distribute to former shareholders). No 2017 dist |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 06/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | March 9 - 11, 2017 | Washington, D.C. | Annual Meeting and Education Programs | stipend toward travel, lodging, and meals offered to all judicial Fellows |
| 2. | American Bankruptcy Institute | July 20 - 23, 2017 | Newport, RI | Speak at Northeast Conference | Hotel room and meals provided |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 06/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  CJP Investment Acct 1 | | | | | | | | | |
| 2.  VEMAX | B | Dividend | L | T | | | | | |
| 3.  VMATX | A | Dividend | K | T | | | | | |
| 4.  VMMXX | A | Dividend | K | T | Redeemed (part) | 01/23/17 | K | A | |
| 5.  VTIAX | B | Dividend | M | T | | | | | |
| 6.  VTSAX | C | Dividend | M | T | | | | | |
| 7.  529 Plan Account 1 | | | | | | | | | |
| 8.  Vanguard Totl Int Stk Idx | | None | L | T | Buy (add'l) | 01/23/17 | J | | |
| 9.  Vanguard totl Stk Mkt Idx | | None | L | T | Sold (part) | 01/23/17 | J | A | |
| 10.  529 Plan Account 2 | | | | | | | | | |
| 11.  Vanguard Totl Int Stk Idx | | None | L | T | Sold (part) | 01/23/17 | J | A | |
| 12.  Vanguard totl Stk Mkt Idx | | None | L | T | Buy (add'l) | 01/23/17 | J | | |
| 13.  CJP IRA 1 | | | | | | | | | |
| 14.  VMXX | C | Dividend | N | T | | | | | |
| 15.  VTIAX | C | Dividend | M | T | | | | | |
| 16.  VTSAX | B | Dividend | L | T | | | | | |
| 17.  CJP IRA 2 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  VMMXX | B | Dividend | M | T | | | | | |
| 19.  CJP Inv Acct 2 / LMMWL Trust Acct | | | | | | | | | |
| 20.  VMMXX | A | Dividend | K | T | | | | | |
| 21.  FHICX | D | Dividend | M | T | | | | | |
| 22.  HAHCX | E | Dividend | N | T | | | | | |
| 23.  CJP IRA 3 | | | | | | | | | |
| 24.  ABDXX | A | Interest | J | T | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29.  VGK | A | Dividend | K | T | | | | | |
| 30.  VOO | A | Dividend | K | T | | | | | |
| 31.  VFH | A | Dividend | K | T | | | | | |
| 32.  CJP Investment Acct 3 | | | | | | | | | |
| 33.  SPAXX | A | Int./Div. | L | T | | | | | |
| 34.  FDMXX | B | Int./Div. | N | T | Sold (part) | 12/18/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 12/07/17 | J | A | |
| 36. | | | | | Sold (part) | 08/22/17 | K | A | |
| 37. | | | | | Sold (part) | 05/30/17 | K | A | |
| 38. XLF | B | Dividend | L | T | | | | | |
| 39. ABTL | | None | J | T | | | | | |
| 40. | | | | | | | | | |
| 41. CXDO | | None | J | T | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. XLRE | A | Int./Div. | J | T | | | | | |
| 48. FTEXX | A | Int./Div. | J | T | | | | | |
| 49. FZBXX | A | Int./Div. | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. Investment Acct 4 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FDMXX | A | Dividend | J | T | | | | | |
| 53. Investment Account 5k | | | | | | | | | |
| 54. FDMXX | A | Dividend | K | T | | | | | |
| 55. FSDCX | A | Dividend | J | T | | | | | |
| 56. MSI | A | Dividend | J | T | | | | | |
| 57. IRA | | | | | | | | | |
| 58. FDRXX | A | Int./Div. | J | T | | | | | |
| 59. FSLCX | D | Dividend | L | T | | | | | |
| 60. FASMX | B | Dividend | K | T | | | | | |
| 61. FDFFX | D | Dividend | L | T | | | | | |
| 62. FFIDX | C | Dividend | K | T | | | | | |
| 63. FLPSX | D | Dividend | L | T | | | | | |
| 64. FBGRX | B | Dividend | K | T | | | | | |
| 65. FDGFX | D | Dividend | L | T | | | | | |
| 66. Boston Private Bank Deposit Account | A | Interest | K | T | | | | | |
| 67. Bank of America Deposit Accounts | A | Interest | L | T | | | | | |
| 68. USAA Deposit Account | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 06/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Baycoast Bank Deposit Accounts | A | Interest | J | T | | | | | |
| 70. Santander Deposit Account | A | Interest | J | T | | | | | |
| 71. 2014 CM Grantor Trust (no reportable assets) | | None | | | | | | | |
| 72. CM Trust (holds small interest in Valmarc Inc. (private co.) | | None | J | W | | | | | |
| 73. BeeHive Trust (no reportable assets) | | None | | | | | | | |
| 74. Knubble Trust (no reportable assets) | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Panos, Christopher J. | 06/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I -

Line 2 - LMM Legacy Trust is a family trust that holds investment accounts that are reported in Part VII.

Line 3 - Knubble Trust owns an interest in non-income producing undeveloped family land

Line 4 - BeeHive Realty Trust owns non-income producing family home

Line 5 - CM Trust see Part VII, Line 69

Part VII-

Reinvested Dividends are reflected as income and in the total value.

Lines 33, 44, 45, 46 - these reflect what appear to be money market/cash/clearing accounts ("XX" designation) that I did not open, but were opened by brokerage as subparts of "Core Account" for cash equivilent holdings. The dates used were an attempt to identify the first statements where these holdings occured. They were not reported by the brokerage as "transactions" in 2016. I have reported them as "opened" in 2016. This is how the brokerage has explained it to me after inquiry.

Line 34 reflects "sales" in 2017 that were withdrawals from FDMXX which is a money market account (5/30/17, 8/22/17, 12/7/17, and 12/18/17).

Line 68 - C&M Grantor Trust - I understand that this grantor trust (related to the windown agreement referenced in Part II, Line 1) had no assets as of 12/31/16, but could be further funded in relation to the winddown. There have been no distributions since 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christopher J. Panos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544